UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALCOLM BELL, KALEIGH FITZGERALD, JESSICA HARRISON, AND THOMAS SUMMERS, : : : : Plaintiffs, : : v. : : THE UNIVERSITY OF HARTFORD AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF HARTFORD, : : : : Defendants. : | CIVIL ACTION NO. 3:21-cv-934 MPS JUNE 10, 2022 |

## JOINT STATUS REPORT

Pursuant to Order of this Court dated January 18, 2022, the parties hereby submit this joint status report. To date, the Plaintiffs have conducted the depositions of three witnesses associated with the Defendant University, with the deposition of President Woodward scheduled for the next week. Defendants are conducting the deposition of one of the Plaintiffs on June 13, 2022 and the parties are jointly working to schedule several remaining depositions within the next few weeks. However, due to various scheduling issues and witness unavailability, the parties are likely to seek a modest extension of the fact discovery deadline in the scheduling order to accommodate those deposition.

The parties further note that they appeared before Magistrate Judge Fitzsimmons in May of 2022 in which they reached agreement to resolve the claims as to Plaintiff

Malcom Bell, for which they are presently awaiting documentation.  The claims of the remaining Plaintiffs were not settled.

In light of the above, the parties respectfully submit the Status Conference scheduled for June 17, 2022 be continued for approximately thirty (30) days to allow the parties to work toward completing the remaining discovery necessary for this case.

PLAINTIFF,
THOMAS SUMMERS

By\_\_\_/s/ Brian D. Rich_____
Brian D. Rich, ct24458
Daniel J. Krisch, ct21994
**HALLORAN SAGE LLP**
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
rich@halloransage.com
krisch@halloransage.com

DEFENDANT

By\_\_\_/s/ Kathleen E. Dion_____
Kathleen E. Dion, Esq.
Sandra M. Lautier, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103
Attorneys for the Defendants

## **CERTIFICATION**

      This is to certify that on this 10th day of June 2022, a copy of the foregoing was served electronically and/or by mail upon all parties to this action as follows:

Matthew S. Necci, Esq.
Montstream Law Group, LLP
175 Capital Blvd, Suite 204
Rocky Hill, CT 06067

                                             /s/ Brian D. Rich
                                             Brian D. Rich

7615301v.1