## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MALCOLM BELL, KALEIGH FITZGERALD, JESSICA HARRISON, AND THOMAS SUMMERS, | : : : | CIVIL ACTION NO. 3:21-cv-934 MPS |
| Plaintiffs, | : : | |
| v. | : : | |
| THE UNIVERSITY OF HARTFORD AND THE BOARD OF TRUSTEES OF THE UNIVERSITY OF HARTFORD, | : : : : : | |
| Defendants. | : | APRIL 26, 2023 |

### JOINT STATUS REPORT RE: STATUS OF MALCOLM BELL SETTLEMENT

The parties submit this report pursuant to the Court's April 13th order (ECF 92). The parties have been unable to finalize the settlement between Malcolm Bell and the defendants – despite the best efforts and cooperation of their counsel – because (1) Mr. Bell has not completed an insurance form required by the defendants' insurance carrier and the settlement agreement, and (2) he has not responded to numerous communications from his attorneys asking him to complete the form.

To summarize:

- The parties agreed to a settlement in June 2022.

- Mr. Bell signed the settlement agreement on September 7, 2022.

- Undersigned counsel forwarded the signed agreement to defense counsel on September 12, 2022.

- The defendants signed the settlement agreement on October 25, 2022.

- The agreement requires the defendants to pay Mr. Bell "within fourteen (14) days after all of the following have occurred: 1) this Agreement is fully executed by the Parties and The University receives a copy of the fully executed Agreement; 2) expiration of the revocation period described herein; and 3) **The University receives a completed United Educators Section 111 Compliance Form**."
- The highlighted provision is the sticking point: It requires Mr. Bell to complete a one-page form provided by the defendants' insurer to ensure compliance with Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007.
- Plaintiffs' counsel emailed the form to Mr. Bell on October 28, 2022, but he has yet to complete and sign it.
- Since October 28, 2022, plaintiffs' counsel has emailed, texted, and called Mr. Bell numerous times regarding the Section 111 form.
- Mr. Bell has not responded to these communications.
- After the Court issued its order (ECF 92), undersigned counsel's assistant called Mr. Bell, left him a voicemail, and emailed him, but he has not responded.

        PLAINTIFF,
        MALCOLM BELL

By

Daniel J. Krisch, ct21994
**HALLORAN SAGE LLP**
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
krisch@halloransage.com

DEFENDANTS,
UNIVERSITY OF HARTFORD, ET AL.

By\_\_\_\_/s/ Kathleen E. Dion_____
Kathleen E. Dion, ct28607
Sandra M. Lautier, ct29806
**ROBINSON & COLE, LLP**
280 Trumbull Street
Hartford, CT  06103
(860) 275-8200
kdion@rc.com
slautier@rc.com

**CERTIFICATION OF SERVICE**

I hereby certify that on April 26, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

Daniel J. Krisch