UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KALEIGH FITZGERALD
JESSICA HARRISON
THOMAS SUMMERS

    v.                                          CASE NO.: 3:21CV934(MPS)

UNIVERSITY OF HARTFORD,
BOARD OF TRUSTEES OF THE
UNVERSITY OF HARTFORD

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on July 31, 2023, granting the motion; it is therefore

ORDERED ADJUDGED and DECREED that judgment is entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 1st day of August 2023.

                                                      DINAH MILTON KINNEY, Clerk

                                                      By_____/s/_____
                                                      Devorah Johnson
                                                      Deputy Clerk

EOD 8/1/23